1005

Charles T. EPPERSON, Clarence Bunch, and Fletcher Giles, v. UNITED STATES of America.

No. 6598.

Circuit Court of Appeals, Sixth Circuit.

May 8, 1934.

H. F. Atkins, of Knoxville, Tenn., for appellants.

J. H. Doughty, Asst. U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

---

Aaron FINBERG, Appellant, v. UNITED STATES of America.

No. 10021.

Circuit Court of Appeals, Eighth Circuit.

June 8, 1934.

A. Jerome Hoffmann, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., and George A. Heisey, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal docketed, and cause remanded, with instructions to set aside that part of judgment which sentences defendant and to dismiss indictment as to him, on motion of counsel for appellee.

---

FEDERAL BUILDING REALTY CORPORATION, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.

No. 9759.

Circuit Court of Appeals, Eighth Circuit.

June 12, 1934.

Leland W. Scott, of Minneapolis, Minn., for petitioner.

Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals affirmed, and petition to review dismissed, without costs to either party in this court, pursuant to stipulation of parties to abide decision of this court in Johnson, Drake & Piper v. Helvering, 69 F.(2d) 151, No. 9758, in which opinion was filed February 12, 1934.

---

FIRST NATIONAL BANK OF MAYFIELD, KENTUCKY, Trustee under Deed of Trust from New Southern Hotel Company to First National Bank of Paducah, Kentucky, v. NEW SOUTHERN HOTEL COMPANY and Commonwealth Hotel Company.

No. 6636.

Circuit Court of Appeals, Sixth Circuit.

June 5, 1934.

Wheeler, Wheeler & Shelbourne, of Paducah, Ky., Charles M. Bryan, of Memphis, Tenn., and L. L. Fonville, of Jackson, Tenn., for appellant.

Pigford & Key and Hu C. Anderson, all of Jackson, Tenn., for appellees.

PER CURIAM.

Dismissed because appeal not taken within time.